IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AKILI SADIKI AMEN-RA § | | |
| AKA JOHNNIE TASBY § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. 5:13cv1 |
| § | | |
| DON WILLIAMS, ET AL. § | | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the lawsuit should be dismissed pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g). The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #7) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that the Plaintiff's *in forma pauperis* status is revoked. The Plaintiff may resume the lawsuit if he pays the remainder of the entire filing fee of $350 within thirty days of the entry of this order. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 5th day of February, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE